**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-CV-01264-LTB-OES

MARY M. HULL,
        Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR,
        Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Defendant's Motion for Further Extension of Time to File Additional *Vaughn* Index and Summary Judgment Motion Regarding Former Exemption 7(A) Documents (filed June 29, 2005) is **GRANTED up to and including July 11, 2005**.

      Defendant's Unopposed Motion for Leave to Process Exemption 7(A) Documents and File a Further *Vaughn* Index and Summary Judgment Motion (filed May 18, 2005) is DENIED AS MOOT based on the granting of the June 29, 2005 motion.




Dated:  July 1, 2005
_____