IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 04-CV-01264-LTB-OES

MARY M. HULL,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR,

     Defendant.

_____

ORDER
_____

     This Order addresses the motion for summary judgment filed by defendant United States Department of Labor ("DOL") on April 1, 2005 (Docket # 13.)

     This motion has been rendered moot by subsequent developments in this case, and superseded by the DOL's motion for summary judgment of July 11, 2005 (Docket # 23), which was addressed in the Order of December 2, 2005 (Docket # 28).

     To clarify any potential confusion, DOL's motion for summary judgment of April 1, 2005 (Docket # 13) is DENIED as moot and superseded by subsequent events.

**DONE and ORDERED,** this   15th   day of February, 2006 at Denver, Colorado.

                                                      s/Lewis T. Babcock
                                                 United States District Chief Judge