**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-CV-01264-LTB-OES

MARY M. HULL,

            Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR,

            Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        Defendant's Motion for Leave to File Motion to Withdraw Pending Summary Judgment
Motion (Docket No. 31) (Doc 46 - filed April 24, 2006) is **GRANTED**.  Defendant's Motion to
Withdraw Pending Summary Judgment Motion (Doc 45) is accepted for filing.

        Defendant's Motion to Withdraw Pending Summary Judgment Motion (Docket No. 31)
(Doc 45 - filed April 24, 2006) is **GRANTED**.  Defendant's Motion for Summary Judgment (Doc
31 - filed January 11, 2006) is WITHDRAWN.


Dated:  May 3, 2006

_____